IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES A. CRAWFORD, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MICHAEL ASTRUE, COMMISSIONER | : | NO. 08-1160 |
| OF SOCIAL SECURITY, | : | |
| | : | |
| Defendant. | : | |

FILED
APR 16 2009
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this *15th* day of *April*, 2009, upon consideration of Plaintiff Charles A. Crawford's Request for Review (Docket No. 5), the Response of Defendant the Commissioner of Social Security (Docket No. 6), the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo (Docket No. 8), and Defendant's Objections thereto (Docket No. 9), and upon careful review of the entire record, it is hereby **ORDERED**, as follows:

1. Defendant's Objections to the Report and Recommendation are **SUSTAINED**;

2. Plaintiff's Request for Review is **DENIED**;

3. The Decision of the Commissioner of Social Security is **AFFIRMED**; and

4. **JUDGMENT IS ENTERED** in favor of the Defendant and against Plaintiff.

This case shall be **CLOSED** for statistical purposes.

BY THE COURT:

RONALD L. BUCKWALTER, S.J.